UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SUSAN MCELROY,

    Plaintiff,

v.

PARADOX MEDICAL GROUP, INC. et al.,

    Defendants.                              No. 13-cv-491-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on September 15, 2014 (Doc. 48) granting the Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT

                              BY:   /s/*Caitlin Fischer*
                                                  Deputy Clerk

Dated:   September 15, 2014

Digitally signed by David R. Herndon
Date: 2014.09.15 14:29:47 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT